UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE VAN HUNG,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>        Defendants. | Case No. 19-cv-07435-VC<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On December 19, 2019, the Court directed Hung to file a letter with the Court by January 17, 2020, if he still wished to pursue his claims. *See* Dkt. No. 13. Hung has not filed a letter expressing an intent to continue this litigation. Accordingly, the case is dismissed without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b). The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: January 23, 2020

VINCE CHHABRIA
United States District Judge